UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Case No:<br>)<br>) Judge:<br>Plaintiff, )<br>)<br>vs. )<br>ANGEL DANIEL ANDRADE CARDONA )<br>A/K/A ANGEL ANDRADE )<br>894 HONEY CREEK DRIVE )<br>COLUMBUS, OH 43228 )<br>Defendant. ) |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

### I. JURISDICTION AND VENUE

1. This action to collect an indebtedness is brought by the United States of America on behalf of the Department of Labor pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. Following inspections of Defendant Angel Daniel Andrade Cardona, a/k/a Angel Andrade's operations, the Department of Labor determined that Defendant violated the Occupational Safety and Health Act of 1970, codified in 29 CFR 1926, *et seq.* The due and owing debt resulting from these violations was referred to the United States Department of Justice via the United States Department of Treasury for enforced collection.

3. Defendant Angel Daniel Andrade Cardona, a/k/a Angel Andrade is a sole proprietor who resides within the jurisdiction of this Court and may be served process as follows:

>Angel Daniel Andrade Cardona
>a/k/a Angel Andrade
>894 Honey Creek Drive
>Columbus, OH 43228

## II. COUNT ONE- ACTION FOR ENFORCEMENT OF CIVIL PENALTIES

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On or about July 8, 2020, the Department of Labor issued a Citation and Notification of Penalty following its investigation of Defendant's operations. A citation was issued for a total of $23,132.00. A true and accurate copy of the July 8, 2020 Citation and Notification of Penalty is attached herein as **Exhibit A.**

6. On or about April 21, 2022, the Department of Labor issued a Citation and Notification of Penalty following its investigation of Defendant's operations. Two citations were issued for a total of $20,513.00. A true and accurate copy of the April 21, 2022 Citation and Notification of Penalty is attached herein as **Exhibit B.**

7. On or about June 2, 2023, the Department of Labor issued a Citation and Notification of Penalty following its investigation of Defendant's operations. A citation was issued for a total of $68,754.00. A true and accurate copy of the June 2, 2023 Citation and Notification of Penalty is attached herein as **Exhibit C.**

8. Statutory interest, penalties, and costs have been accessed and applied to the principal balance due on each of the citations in accordance with 31 U.S.C. §3717. *See 31 U.S.C. §3717.* The balance due and owing on the account as of August 28, 2025 totals $182,325.39. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit D.** The debt is due and owing as follows:

   a. Principal: $112,399.00

   b. Statutory Interest (at 1.00%): $4,256.72

   c. Statutory Penalty (at 6.00%): $18,304.64

   d. Statutory Admin Fees: $47,365.03

   e. **TOTAL: $182,325.39**

9. Demand has been made upon the Defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same.

WHEREFORE, Plaintiff, the United States of America, on behalf of the Department of Labor, respectfully prays for relief as follows:

a. For judgment in favor of the United States of America and against Defendant Angel Daniel Andrade Cardona, a/k/a for the sum of $182,325.39, plus statutory interest and penalty that continues to accrue from August 28, 2025;

b. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);

c. Any additional attorney's fees and costs incurred in this action; and

d. For such other relief as the Court deems just and proper

Date: September 3, 2025

Respectfully submitted,

*/s/ Thomas L. Sooy, Esq.*

Thomas L. Sooy, Esq. (0087865)
The Law Offices of Robert A. Schuerger Co., LPA
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-674-6902
Thomas.sooy@usdoj.gov
efiling@schuergerlaw.com
*Attorney for Plaintiff*

4